UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RAYLENE BUNKER, on behalf of herself and those similarly situated,**

        **Plaintiff,**

  v.

**CONTACTUS, LLC, d/b/a CONTACTUS COMMUNICATIONS,**

        **Defendant.**

Civil Action 2:21-cv-4501
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the parties' Joint Stipulation to Stay Responsive Pleading and Briefing Pending Rulings on Motion for Conditional Certification in *Pyfrom v. ContactUS, LLC, et al.* (ECF No. 18).  The Court construes the parties' Stipulation as a Motion to stay responsive pleading and briefing on intervention and conditional certification pending the Court's resolution of the plaintiff's Motion for Conditional Certification in *Pyfrom v. ContactUS, LLC, et al.*, Case No. 2:21-cv-4293 (the "*Pyfrom* Case").  For good cause shown, the parties' Motion (ECF No. 18) is **GRANTED**.  All briefing related to Plaintiff's Motion for Conditional Certification (ECF No. 14) and Intervenor Pyfrom's Motion to Intervene (ECF No. 15), as well as Defendant's deadline by which to move or plead in response to Plaintiff's Amended Complaint (ECF No. 10), are **STAYED**.  **WITHIN SEVEN DAYS** of the Court's resolution of the plaintiff's Motion for Conditional Certification in the *Pyfrom* case, Plaintiff, Defendant, and

Intervenor shall confer and file joint proposed deadlines for briefing on the above-noted motions and Defendant's deadline to move or plead in response to Plaintiff's Amended Complaint.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE